GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No.  508198747

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL  60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL  60604

SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY, UT  84165

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No. 508198747

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL 60604

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL 60490

SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY, UT 84165

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No. 508198747

SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY, UT 84165

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL 60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL 60604

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No. 508198747

SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY, UT  84165

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL  60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL  60604

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on **August 17, 2009.**

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on **August 20, 2009.**

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No. 508198747

IRWIN HOME EQUITY
12677 ALCOSTA BLVD # 500
SAN RAMON, CA 94583

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL 60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL 60604

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on **August 17, 2009.**

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on **August 20, 2009.**

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No.  508198747

IRWIN HOME EQUITY
12677 ALCOSTA BLVD # 500
SAN RAMON, CA  94583

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL  60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL  60604

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on **August 17, 2009.**

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on **August 20, 2009.**

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No. 508198747

AUGUSTA VILLAGE HOME ASSOC
% KOVITZ SHIFRIN NESBIT
750 W LAKE COOK RD #350
BUFFALO GROVE, IL 60089-2073

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL 60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL 60604

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on **August 17, 2009.**

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on **August 20, 2009.**

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No. 508198747

AARGON AGENCY INC
3025 W SAHARA AVE
LAS VEGAS, NV 89102

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL 60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL 60604

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No.  508198747

LOMBARD DENTAL CLINIC
% ACTIVITY COLLECTION SERVICE
664 MILWAUKEE AV
PROSPECT HEIGHTS, IL  60070

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL  60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL  60604

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on **August 17, 2009**.

/S/   Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on **August 20, 2009.**

/S/   Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No.  508198747

COLLECTION COMPANY OF AMERICA
306 WASHINGTON
PO BOX 329
NORWELL, MA  02061

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL  60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL  60604

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on **August 17, 2009.**

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on **August 20, 2009.**

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No.  508198747

CREDIT BUREAU CENTRAL
2355 REDROCK ST #200
LAS VEGAS, NV  89146

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL  60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL  60604

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on **August 17, 2009.**

/S/   Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on **August 20, 2009.**

/S/   Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No.  508198747

JJ MACINTYRE CO INC
1801 CALIFORNIA AVE
CORONA, CA  92881

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL  60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL  60604

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on **August 17, 2009.**

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on **August 20, 2009.**

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No.  508198747

MILLENIUM CREDIT CONSULTANT
PO BOX 18160
WEST ST PAUL, MN  55118-0160

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL  60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL  60604

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No. 508198747

NICOR GAS
PO BOX 549
AURORA, IL 60507

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL 60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL 60604

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on **August 17, 2009.**

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on **August 20, 2009.**

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No. 508198747

WILL COUNTY TREASURER
302 N CHICAGO ST
JOLIET, IL 60432-4059

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL 60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL 60604

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No. 508198747

BECKET & LEE LLP
PO BOX 3001
MALVERN, PA 19355

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL 60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL 60604

### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No.  508198747

MAX RECOVERY INC
PO BOX 10228
NEWARK, NJ  07193-0228

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL  60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL  60604

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No.  508198747

MAX RECOVERY INC
PO BOX 10228
NEWARK, NJ  07193-0228

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL  60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL  60604

### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on **August 17, 2009.**

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on **August 20, 2009.**

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:
BEVERLY F FECUNDO

Case No. 08-11722
Account No. 508198747

MAX RECOVERY INC
PO BOX 10228
NEWARK, NJ 07193-0228

BEVERLY F FECUNDO
389 HOGAN STREET
BOLINGBROOK, IL 60490

DEBRA J VORHIES-LEVINE
DVL LAW OFFICES LLC
53 W JACKSON BLVD #404
CHICAGO, IL 60604

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on **August 17, 2009.**

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on **August 20, 2009.**

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313